IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO TANNER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4667

Opinion filed August 11, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Alphonso Tanner, Pro se.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General,
and Giselle Denise Lylen, Assistant Attorney General, for Appellee.


PER CURIAM.

     AFFIRMED.
  WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.